UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PATRICIA KNAJDEK, et al.,**

    **Plaintiffs,**

**v.**                                                                Case No.  **8:06-cv-1691-T-30TGW**

**BUSCH ENTERTAINMENT CORPORATION,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Settlement (Dkt. #9).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 1, 2007.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1691.dismissal 8.wpd